# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| URBAN MCCONNELL, | ) |
| Plaintiff, | ) |
| vs. | ) 2:12-cv-01601-RCJ-PAL |
| WAL-MART STORES, INC., | ) ORDER |
| Defendant. | ) |

This was a slip-and-fall case. Before trial, the Court issued a published opinion addressing two motions in limine. The Court issued no written order on a third Motion in Limine (ECF No. 58) but sustained the relevant objections at trial.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion in Limine (ECF No. 58) is DENIED as moot.

IT IS SO ORDERED.

Dated this 25th day of February, 2014.

_____
ROBERT C. JONES
United States District Judge